

**JAMES E. JOHNSON**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**L**<small>AW</small> **D**<small>EPARTMENT</small>
100 C<small>HURCH</small> S<small>TREET</small>
N<small>EW</small> Y<small>ORK</small>, NY 10007

**LAURA C. WILLIAMS**
Labor & Employment Law Division
Phone: (212) 356-2435
Fax: (212) 356-2439
lawillia@law.nyc.gov

May 12, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

<span style="color:blue">Application GRANTED. The initial pretrial conference scheduled for May 24, 2021, is adjourned to **June 14, 2021**, at **4:00 p.m.** All pre-conference procedures remain in effect. *See* ECF No. 3. The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.

May 13, 2021</span>

Re: <u>Carlynn Alexander v. City of New York, et al.</u>
Civil Action No.: 21-cv-2543 (JMF)

Dear Judge Furman:

  I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent defendants City of New York and Marisa Caggiano ("Defendants") in the above-referenced action. I write to respectfully request a three-week extension of time, from May 14, 2021 to June 4, 2021, for Defendants to respond to the complaint. Defendants previously requested, and the Court granted, an extension of time from March 31, 2021 to May 14, 2021, for Defendants to respond to the complaint. In addition, and with such an extension, Defendants respectfully request that the initial pretrial conference, scheduled for May 24, 2021 at 3:30 p.m. be adjourned to a date and time following Defendants' response to the complaint, and otherwise convenient to the Court. Plaintiff's counsel consents to the foregoing requests.

  This additional extension request is made due to the undersigned's very heavy caseload, which includes preparing a motion to dismiss in another action, replies to multiple previously filed motions, as well as responses to federal and state discovery requests in multiple actions. The foregoing obligations necessitate such additional time to finalize Defendants' response.

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc: Randy E. Kleinman, Esq. (by ECF and Email)
Gerstman Schwartz, LLP
*Attorneys for Plaintiff*