

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LAURA C. WILLIAMS**
Labor & Employment Law Division
Phone: (212) 356-2435
Fax: (212) 356-2439
lawillia@law.nyc.gov

June 2, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

> Application GRANTED. Further extension requests are unlikely to be granted. The initial pretrial conference scheduled for June 14, 2021, is ADJOURNED to **July 12, 2021**, at **3:00 p.m.** All pre-conference procedures remain in effect. *See* ECF No. 3.
>
> SO ORDERED.
>
> June 3, 2021

Re: <u>Carlynn Alexander v. City of New York, et al.</u>
Civil Action No.: 21-cv-2543 (JMF)

Dear Judge Furman:

      I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent defendants City of New York and Marisa Caggiano ("Defendants") in the above-referenced action. I write to respectfully request a three-week extension of time, from June 4, 2021 to July 6, 2021, for Defendants to respond to the complaint. Defendants previously requested, and the Court granted, extensions of time from March 31, 2021 to May 14, 2021, and from May 14, 2021 to June 4, 2021, for Defendants to respond to the complaint. In addition, and with such an extension, Defendants respectfully request that the initial pretrial conference, scheduled for June 14, 2021 at 4:00 p.m. be adjourned to a date and time following Defendants' response to the complaint, and otherwise convenient to the Court. Plaintiff's counsel consents to the foregoing requests.

      Since the date of Defendants' last request, the parties have started to engage in good faith negotiations concerning the potential resolution of this case. Defendants make this request to allow the parties additional time to negotiate possible settlement and thereby seek to resolve this case without further judicial intervention.

Thank you for your consideration of this matter.

                                                 Respectfully Submitted,

                                                 /s/
                                               Laura C. Williams
                                               Assistant Corporation Counsel

cc:     Randy E. Kleinman, Esq. (by ECF and Email)
         Gerstman Schwartz, LLP
         *Attorneys for Plaintiff*