UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CARLYNN ALEXANDER, :
:
                        Plaintiff, :                    21-CV-2543 (JMF)
:
      -v- :                        ORDER
:
NEW YORK POLICE DEPARTMENT et al., :
:
                       Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that the pretrial conference in this matter, previously scheduled for **April 18, 2022**, at **3:30 p.m.** is RESCHEDULED for **April 26, 2022**, at **2:00 p.m.** Counsel should joint status letter on ECF no later than the Thursday prior to the conference, the contents of which are described in the Case Management Plan and Scheduling Order. *See* ECF No. 19.

      Unless and until the Court indicates otherwise, the conference will be held by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: April 5, 2022                                _____
      New York, New York                        JESSE M. FURMAN
                                                  United States District Judge